RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 23 2026
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

FREDERICK DONNELL LEE
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Cedra Mayfield, Real Brokers, LLC, The Cooper Law Firm, and et al (ADDT DEF LIST)
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:26-CV-2256
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | FREDERICK DONNELL |
| Street Address | 543 Cherokee Ave SE |
| City and County | Atlanta Fulton |
| State and Zip Code | GA 30312 |
| Telephone Number | (821) 777-1681 |
| E-mail Address | fdl_22211@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Cedra Mayfield |
| Job or Title *(if known)* | |
| Street Address | 800 Battery Ave SE, SUITE 100 |
| City and County | ATLANTA |
| State and Zip Code | GA 30339 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | REAL BROKER, LLC |
| Job or Title *(if known)* | |
| Street Address | 800 Battery Ave SE, SUITE 100 |
| City and County | ATLANTA |
| State and Zip Code | GA 30339 |
| Telephone Number | |
| E-mail Address *(if known)* | |

DEFENDANT #8
Catherine Donnelly
531 Roseland St. NW
Suite 200
Marietta, GA 30060

Defendant #9
Tom Rohan
531 Roseland St. NW
Suite 200
Marietta, GA 30060

DEFENDANT #10
Sherry Campbell
531 Roseland St. NW
Suite 200
Marietta, GA 30060

Defendant No. 3

| | |
|---|---|
| Name | Rebekah Cooper |
| Job or Title *(if known)* | |
| Street Address | 531 Roseland St. NW Ste 200 |
| City and County | Marietta |
| State and Zip Code | GA (Georgia) 30060 |
| Telephone Number | (470) 427-5588 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | The Cooper Firm |
| Job or Title *(if known)* | |
| Street Address | 531 Roseland St. NW, Ste 200 |
| City and County | Marietta |
| State and Zip Code | GA 30060 |
| Telephone Number | |
| E-mail Address *(if known)* | |

ADDITIONAL DEFENDANTS:

over please →

DEFENDANT #5
Katrina Rohan
531 Roseland St. NW, Suite 200
Marietta, GA 30060

DEFENDANT #6
Doreen Lundrigan
531 Roseland St. NW, Suite 200
Marietta, GA 30060

DEFENDANT #7
Bridgette Cooper
531 Roseland St NW
Suite 200
Marietta, GA 30060

11. Andre Dickens
55 Trinity Ave SW
Suite 200
Atlanta, GA 30303

12. Keisha Lance Bottoms
4900 GUILFORD FOREST DR.
ATLANTA, GA 3031

ADDITIONAL DEFENDANTS
C/O JOHN FOY + ASSOCIATES
3343 PEACHTREE RD NE
(3343)
ATLANTA, GA 30326

---

13. LT. Governor of the State of Georgia
14. GEOFF DUNCAN
15 Michael Thurmond
16. Olu Brown
17. Amanda Dufrez (Amand D.)
18. Jason Esterez
19. Chad Bianco
20. Steve Hilton
21. Katie Porter
22. Matt Mahan
23. Tom Steyer
24. Betty Yee
25 Xavier Becerra
26. Antonio Villoraigosa
27. Tony Thurman
28. Clark Deen
29. Chris Carr
30. Rick Jackson
31. Burt Jones
32. Gregg Kilpatrick
33. Brad Raffensperger
34. Tom Willis
35 Ken Yasger
36. Chad C. Martin
37. Nathan Martin
38 Ronald Burnette, Jr.
39. Will Boyd
40. Ja'mel Brown
41. Yolanda Flower
42. Doug Jones

43. Mikie Sherill
(Mikie Sherill)
44. Jack Ciatrelli
45 Jim Gannon
46 Dale Caldwell
47. Yvette Clark
48 Adriano Espaillat

#13-48 to: C/O John Foy + Assoc.
3343 Peachtree Rd NE
Atlanta GA 30326

---

49. All Saints Episcopal Church
634 West Peachtree St.
Atlanta, GA 30303

50. Courtyard By Marriot
640 West Peachtree St.
Atlanta GA 30309

51. Element by Westin
640 West Peachtree St
Atlanta, GA 30309

52. Eye Consultants of Atlanta
3929 Peachtree Rd
Atlanta, GA 30309

53. Recovery Resources of Atlanta
25 North Ave
Atlanta, GA 30309

54. Georgia Injury Center
147 Ponce de Leon Ave
Atlanta, GA 30309

ADDITIONAL DEFENDANTS

55 Fast Signs
141 Ponce de Leon Ave
Atlanta, GA 30309

56. Neuro Spine
145 Ponce de Leon Ave
Atlanta, GA 30309

57. Rx-Elites
153 Ponce de Leon
Atlanta, GA 30309

58. North Ave Presbyterian Church
607 Peachtree Street NE
Atlanta, GA 30309

59. The Byron on Peachtree apartments
549 Peachtree Street
Atlanta, GA 30309

60 Caduceus USA
557 Peachtree Street
Atlanta, GA 30309

61. Sunflower Asian Kitchen
565 Peachtree Street
Atlanta, GA 30309

62. Crest Midtown
215 North Ave NE
Atlanta, GA 30309

63 Jeremiah Olney
C/O Secretary of State
1600 Pennsylvania Ave
Washington, DC 20500

64 St. Luke's Episcopal Church
435 Peachtree St.
Atlanta, GA 30308

65 Untouchable Smoke-Vape
533 Peachtree St.
Atlanta GA 30308

66. Charity Hamidullah
493 Peachtree Street
Atlanta, GA 30309

67. First United Methodist Church
(Peachtree St-Atlanta)
C/O Secretary of State
1600 Pennsylvania Ave
Washington, DC 20500

68 Oglethorpe University
C/O Linda McMahon
1600 Pennsylvania Ave
Washington, DC 20500

69. Curtis Champion
4930 Governors Dr.
Forest Park, GA 30274

70. Chili's Grill and Bar
2075 North ~~[illegible]~~ Pkw
(Northlake Pkwy)
Tucker, GA

71. The Cheesecake Factory
3393 Peachtree Rd
Atlanta, GA 30309

72. City of Decatur, GA
2635 Talley St.
Decatur, GA

73. Clark and Washington
3300 Northeast Expressway
Access Road
Chamblee, GA

74. Claxton Law Firm
2 Ravinia Dr. Ste 500
Chamblee, GA

over please →

75. China Express
1988 Candler Rd.
Decatur, GA

76. Chin Chin II Restaurant
699 Ponce de Leon
Atlanta, GA 30329

77. Christopher T. Bakke
1735 Roswell Rd.
Marietta, GA

78. Conley Michael S, MD, P.C
285 Boulevard NE.
Suite 315
Atlanta, GA

79. Crochett Physical Therapy
1382 Scott Blvd
Decatur, GA

80 Sarah Dailey, LCSW
215 Church St STE#105
Decatur, GA

81. Daniel Smith
57 Forsyth St. NW
Atlanta, GA 30310

82. Daniel Smith and Knight, LLC
57 Forsyth St. NW
Atlanta, GA

83 Anthony & Daniel, Atty at Law
3300 Buckeye RD.
Chamblee, GA

84. Davis Bozeman Law
4153 Flat Shoals Pkwy
Decatur, GA

85. Davis Law Group, PC
8010 Roswell RD
Dunwoody, GA

86 Davis, Matthews, & Quigley, PC
3400 Peachtree RD. NE
Atlanta, GA

87. Davis & Millard, LLC
581 N. Central Ave. Ste B
Hapeville, GA

88. Davis Zipperman Kirchenbaum & Lotto, LLP
918 Ponce de Leon Ave
Atlanta, GA

89. Deborah Butti
3400 Peachtree RD NE
Atlanta, GA

90. Malcom Frank Boorn, PC
2402 Mt. Vernon RD
Atlanta, GA

91. Brookhaven Primary Care NS
4062 Peachtree RD
Brookhaven, GA

92. John Park
4001 Peachtree Rd NE
Brookhaven, GA 30319

93. City of Brookhaven, GA
4001 Peachtree Rd NE
Brookhaven, GA 30319

92. Brookhaven Police Department
City of Brookhaven, GA
C/O 1600 Pennsylvania Ave
Secretary of State
WASHINGTON, DC 20500

93. Dekalb County, Georgia
C/O Secretary of State
1600 Pennsylvania Ave
Washington, DC 20500

(ADDTL DEFENDANTS)

94. County of Gwinnett, GA
Gwinnett County, GA
C/O Secretary of State
1600 Pennsylvania Ave
Washington, DC 20500

95. City of Norcross, GA
C/O Secretary of State
1600 Pennsylvania Ave
Washington, DC 20500

96. Clayton County, GA
C/O Secretary of State
1600 Pennsylvania Ave
Washington, DC 20500

97. Fayette County, GA
C/O Secretary of State
1600 Pennsylvania Ave
Washington, DC 20500

98. Brock and Scott Law Offices
1990 Lakeside Pkwy
Atlanta, GA

99. Roy Brooks, DDS
1784 Washington Rd
East Point, GA

100. Buckland and Basham, PC
5825 Glenridge Dr.

101. Bryson Law Firm, PC
4045 Smithtown Rd
Suwanee, GA

102. Buckhead Ambulatory Surgery Center
3200 Downwood Circle NW
Atlanta, GA

103. Burr and Forman
171 17th St. NW
Atlanta, GA

104. Briarcliff Pediatric
2849 Henderson Mill Rd
Chamblee, GA

105. Brian Poe and Associates
4910 Old Jonesboro Rd
Union City, GA

106. Butler Wooten Cheeley + Peak LLP
2719 Buford Hwy
Atlanta, GA

107. Robert D. Butterwick
2625 Piedmont RD. NE
Atlanta, GA

108. Cardiovascular Physicians of North Atlanta, PC
5885 Glenridge Dr. NE
Sandy Springs, GA

109. Carr Lawson Cantrell + Associates
535 Queen City PKWY SW
Gainesville, GA

110.) Castro Law
5 Concourse PKWY
Sandy Springs, GA

111. Dennis Law Firm
C/O
Castro Law
5 Concourse PKWY
Sandy Springs, GA

112. C.B Richard Ellis
Commercial Real Estate
3280 Peachtree RD NE
Atlanta, GA

(OVER Please) →

113. Sheryl Burke, Atty at Law
1230 Peachtree St.
Atlanta, GA

114. Robert Burstein, CPA
8010 Roswell RD
Sandy Springs, GA

115 Janice Campbell Law Office
c/o Campbell + Brannon, LLC
181 10th St. NE
Atlanta, GA

116. Campbell + Brannon, LLC
181 10th St. NE
Atlanta, GA

117. Camp Creek Physicians
3886 Princeton Lake Way SW
Atlanta, GA

118. Files Hayes, LLC
977 Ponce de Leon Ave B2
Atlanta, GA 30306

119. Kristen Files
977 Ponce de Leon Ave B2
Atlanta, GA 30306

120. Donna-Marie Hagle
977 Ponce de Leon Ave B2
Atlanta, GA 30306

121. Dana Brooks
977 Ponce de Leon Ave B2
Atlanta, GA 30306

122. Simon H. Bloom
977 Ponce de Leon Ave
Atlanta, GA 30306

123. Sean Ryan
977 Ponce de Leon Ave
Atlanta, GA 30306

124. Kurt Kastorf
977 Ponce de Leon Ave
Atlanta, GA 30306

125 Stephen Parham
977 Ponce de Leon Ave
Atlanta, GA 3036

126. Proof Pilates
977 Ponce de Leon Ave
Atlanta, GA 30306

127. Amy Bell Nelson
2100 B South Bridge Pkwy
Suite 240
Birmingham, AL
35209

128. DLB Attorneys at Law
2100 B South Bridge Pkwy
Suite 240
Birmingham, AL 35209

ADDTL Defendants
(Address to
2100 B South Bridge Pkwy
Suite 240
Birmingham, AL 35209

129. Theresa Johnson Friedman
130. Vaughn McWilliams
131. Karen Knowlton
132. DeAnne Owens
133 Terri King
134. Logan Berg Commercial, LLC
135 Madison Steel, Inc
136. Kirk J. Lewis
137. Cobb County, GA

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 28 U.S.C ? Section 1331

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ____________________, is a citizen of the State of *(name)* ____________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. Or is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.
Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$50 Trillion - Gang Violence & Attacks
Hostile Bullying
Terrorism

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Hit in head with metal pole by Chain Gang Member cut with machete stabbed several times. Cut with a box cutter by Gang member Atlanta Police Officer did not arrest. attacked, pinned down, assaulted and abused by Marta Police, attacked by East Point and Hapeville Police, Forest Park Fire Depart refuse to transport me to a hospital. Myriads of nurses and doctors failed to assist me getting hospitalized after trauma and abuse IV let in arm on 8 hours - ER staff called Security would not treat me.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Many medical professionals just laughed at me and offered no support - They did not help me get a congressional Hearing either

For defamation, slander, maltreatment, medical malpractice, abuse, public humiliation, Gang torture $50 Trillion for being harmed by non USA persons as a SCI Security Official and millions refused to help me get help, get hospitalized and housed as a humanitarian and just laughed

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 23 April 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff FREDERICK DONNELL-LEES

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address