**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **FREDERICK DONNELL LEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RICHARD UIHLEIN, et al.,**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br>**1:26-cv-2242-MLB** |
| **FREDERICK DONNELL LEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CEDRA MAYFIELD, et al.,**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br>**1:26-CV-2256-MLB** |

**ORDER**

These two cases are before the Court for consideration of applications to proceed *in forma pauperis* (IFP) without prepaying fees or costs under 28 U.S.C. § 1915(a)(1), filed by Plaintiff Frederick Donnell Lee. The declarations Plaintiff signed in support of the applications to proceed *in forma pauperis* demonstrate that

Plaintiff is unable to incur the costs of each litigation, and the applications are **GRANTED**.

Under 28 U.S.C. § 1915(e)(2), a court is required to dismiss an *in forma pauperis* complaint at any time if the court determines that the allegation of poverty is untrue or that the action: (1) is frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. A claim is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Accordingly, the Clerk is **DIRECTED** to submit these two matters to the District Judge for a frivolity determination under § 1915(e)(2).

**IT IS SO ORDERED,** this 4th day of May, 2026.

CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE