**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| FREDERICK DONNELL LEE, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:26-cv-02256-MLB |
| CEDRA MAYFIELD et al, | |
| Defendants. | |

**J U D G M E N T**

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. § 1915(e)(2)(B), and the court having made such determination, it is

**Ordered and adjudged** that the action be **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 6th day of July, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/Parker D. Thompson
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 6, 2026
Kevin P. Weimer
Clerk of Court

By:  s/Parker D. Thompson
      Deputy Clerk